CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 2 4 2018

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP

UNITED STATES OF AMERICA    :

               : 

      vs.              :      Case No. 2:18CR00005

               :

CRYSTAL DIONE HYDE        :      Violations: 18 U.S.C. § 1001

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about December 17, 2015, in the Western District of Virginia, and elsewhere, CRYSTAL DIONE HYDE ("HYDE") knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States.

2. On or about December 17, 2015, HYDE made false statements and representations in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

3. On or about December 17, 2015, HYDE falsely stated and represented:

    a.    all of the guns found in a search that day belonged to her; and

    b.    she purchased all of those guns.

4. ATF is a part of the executive branch of the Government of the United States.

5. All in violation of 18 U.S.C. § 1001.

A TRUE BILL, this ___24th___ day of ___April___, 2018.

/s/ Grand Jury Foreperson

THOMAS T. CULLEN
United States Attorney

*United States v. Crystal Dione Hyde*                                                    Page **2** of **2**
USAO No. 2017R00652
Case 2:18-cr-00005-JPJ-PMS   Document 13   Filed 04/24/18   Page 2 of 2   Pageid#: 18